1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrew S. Kindle | Case No. CV 19-04727-AB (JPRx) |
| Plaintiff, | ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| v. | |
| Kendrick Schneider | |
| Defendants. | (PURSUANT TO LOCAL RULE 41) |

17   On July 17, 2019, the Court issued an Order to Show Cause why this case
18 should not be dismissed for lack of prosecution. On August 7, 2019 and September
19 11, 2019 the Order to Show Cause response deadlines were continued.
20   A written response to the Order to Show Cause was ordered to be filed no later
21 than October 1, 2019. No response having been filed to the Court's Order to Show
22 Cause, IT IS ORDERED AND ADJUDGED that the above-entitled case is
23 DISMISSED, without prejudice, for lack of prosecution and for failure to comply with
24 the orders of the Court, pursuant to Local Rule 41.

25
26 Dated: November 12, 2019 _____
27 ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE
28